NO. 07-13-0013-CV
 IN THE COURT OF APPEALS
 FOR THE SEVENTH DISTRICT OF TEXAS
 AT AMARILLO
 PANEL B
 JANUARY 28, 2013 ____________________________
 TERRY BLANKENSHIP,
 Appellant
 v.
 
 BRAD LIVINGSTON, ET AL.,

 Appellees
 ___________________________
 
 FROM THE 108[TH] DISTRICT COURT OF POTTER COUNTY;
 NO. 98,395-E; HON. DOUGLAS WOODBURN, PRESIDING
 __________________________
 Order of Dismissal
 __________________________
Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Appellant Terry Blankenship filed a notice of appeal on January 11, 2013, but failed to pay the $175 filing fee required under Texas Rule of Appellate Procedure 5. We informed appellant, by letter dated January 11, 2013, that the filing fee was outstanding and that the appeal would be dismissed unless it was paid by January 22, 2013. Tex. R. App. P. 42.3(c); see Holt v. F.F. Enterprises, 990 S.W.2d 756 (Tex. App. - Amarillo 1998, pet. ref'd). The fee has not been paid to date. Nor does the record show him to be indigent or having requested leave to proceed as an indigent.

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 
 Per Curiam